ZDARSKY, SAWICKI & AGOSTINELLI LLP
ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

July 12, 2011

Clerk
United States Bankruptcy Court
300 Pearl Street, 2nd Floor
Suite 250
Buffalo, NY 14202

Re: **Benjamin and Kelly Flint**
Case No.: 08-11587K

Ladies and Gentlemen:

Enclosed is my check no. 10105 for $2.58, payable to the US Bankruptcy Court, representing the dividend payable as follows, which is equal to or less than $5.00:

| Claim No. | Creditor | Amount |
|---|---|---|
| 13P-3 | NYS Dept of Taxation and Finance | $2.58 |

Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Mark J. Schlant

MJS/dhs
Enclosure